**North Texas Fiber, Inc. - Case No. 26-32522**
**Exhibit B - Cash Collateral Budget**

| | | | | | |
|---|---|---|---|---|---|
| A. | **Revenue ($)** | **Within 30 days** | **60 days** | **90 Days** | **Total 90 Days** |
| | **Enterprise** | | | | |
| | **HOA** | | | | |
| | **Revenue from operations** | 49,000 | 51,450 | 54,023 | 154,473 |
| B. | **New DIP Financing (from existing stockholders after Court approval)** | 100,000 | 400,000 | 500,000 | 1,000,000 |
| C. | **Proceeds from partial sale of projects (see Motion to Sell)** | 0 | 900,000 | 0 | 900,000 |
| D. | **Total Incoming Cash** | 149,000 | 1,351,450 | 554,023 | 2,054,473 |
| E. | **Expenses:** | | | | |
| | **Adeq. Protection pmt (Liberty)** | - | 25,000 | 75,000 | 100,000 |
| | **1099 Staff** | 40,000 | 40,000 | 40,000 | 120,000 |
| | **Alianza** | 484 | 484 | 484 | 1,452 |
| | **Cogent** | 1,467 | 1,467 | 1,467 | 4,401 |
| | **Common Desk** | 50 | 50 | 50 | 150 |
| | **Crown Castle** | 3,874 | 3,874 | 3,874 | 11,622 |
| | **Fibersmith** | 550 | 550 | 550 | 1,650 |
| | **Frontier** | 1,894 | 1,894 | 1,894 | 5,682 |
| | **Innercity Fiber** | 7,670 | 7,670 | 7,670 | 23,010 |
| | **Insurance - Auto** | 550 | 550 | 550 | 1,650 |
| | **Insuance - Liability** | 561 | 561 | 561 | 1,683 |
| | **Insurance Workmans Comp** | 1,000 | 1,000 | 1,000 | 3,000 |
| | **Great Day Holdings** | 20,000 | 20,000 | 20,000 | 60,000 |
| | **Momentum** | 5,115 | 5,115 | 5,115 | 15,345 |
| | **Million Air** | 3,497 | 3,497 | 3,497 | 10,491 |
| | **Nevantin** | 75,000 | 75,000 | 75,000 | 225,000 |
| | **AT & T - Hot Spots** | 1,242 | 1,242 | 1,242 | 3,726 |
| | **T-Mobile - Hot Spots** | 1,300 | 1,300 | 1,300 | 3,900 |
| | **Verizon - Hot Spots** | 548 | 548 | 548 | 1,644 |
| | **State Sales Tax** | 2,960 | 2,960 | 2,960 | 8,880 |
| | **United Cooperative Services** | 3,371 | 3,371 | 3,371 | 10,113 |
| | **Total Expenses** | 171,133 | 196,133 | 246,133 | 613,399 |
| | **Net Cash Incoming** | (22,133) | 1,155,317 | 307,890 | 1,441,074 |